IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**                                                     **PLAINTIFF**
**ADC #131042**

v.                      **CASE NO: 2:13CV00031 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION et al.**                                      **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young, along with the objections filed, have been reviewed. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed only with his claims that defendants Claudia Harris, Campbell, Ball, Wendy Kelly, and Maj. Kelly denied him adequate medical care.

2. All of plaintiff's other claims are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction, Ray Hobbs, Larry May, Raymond Naylor, D. Burl, Lathan Esther, and Corizon Medical Services Inc., are removed as party defendants.

DATED this 31st day of May 2013.

_____
UNITED STATES DISTRICT JUDGE