IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**                                                                                  **PLAINTIFF**
**ADC #131042**

v.                  **CASE NO: 2:13CV00031 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION et al.**                                                   **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 14] is GRANTED and plaintiff's claims against defendants Claudia Harris, Wendy Kelley, and Clarence Kelly are DISMISSED WITH PREJUDICE. Harris, Kelley, and Kelly are removed as party defendants.

2. The pending motion to stay discovery [Doc. No. 27] is DENIED AS MOOT.

DATED this 6th day of September 2013.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE