IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**                                                                        **PLAINTIFF**
**ADC #131042**

v.               **CASE NO: 2:13CV00031 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION et al.**                                                     **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motions to amend and to consolidate [Doc. Nos. 37, 38] are granted to the extent that the clerk is directed to file Doc. No. 38 as plaintiff's amended complaint, and plaintiff is allowed to proceed solely on the claims raised therein against defendants Ball, Campbell, and Ikko.

2. Defendant Geraldine Campbell's motion to dismiss [Doc. No. 35] is DENIED.

DATED this 6th day of September 2013.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE