IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**                                                                           **PLAINTIFF**
**ADC #131042**

v.               **CASE NO: 2:13CV00031 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION et al.**                                                  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed, along with the objections filed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by defendants Geraldine Campbell and Ojiugo Iko [Doc. No. 71] is GRANTED and plaintiff's claims against Campbell and Iko are DISMISSED WITH PREJUDICE.

DATED this 6th day of February 2014.

                                                                                      _____
                                                                                      UNITED STATES DISTRICT JUDGE